ORIGINAL

BRIAN EVANS

P.O. Box 1201

Keaau, Hawaii 96749

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 6 2013

at __4__ o'clock and __40__ min. P.M.
SUE BEITIA, CLERK

BRIAN EVANS, Plaintiff

v.

PARAGON PROPERTIES, LLC

Defendant

CASE NUMBER 13-cv-00355-SOM-BMK

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

As the Parties in this matter have settled the issues in Plaintiff's Complaint, Plaintiff files this Motion to Dismiss without prejudice in the above entitled matter against all Defendants in this case, and requests the Court dismiss this Complaint.

Respectfully Submitted,

BRIAN EVANS

September 10, 2013